**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――

**IVAN DARIO PEREZ MELO,**

                **Petitioner,**          **22-cv-9912 (JGK)**

      **- against -**             **ORDER**

**CARL DUBOIS, ET AL.,**

                **Respondents.**
―――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The petitioner is directed to submit courtesy copies of all papers filed in connection with the fully briefed petition for a writ of habeas corpus.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **December 30, 2022**

                      /s/ John G. Koeltl
                ―――――――――――――――――――
                    **John G. Koeltl**
             **United States District Judge**