UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVAN DARIO PEREZ MELO,

                Petitioner,

    - against -

CARL DUBOIS, ET AL.,

                Respondents.

22-cv-9912 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The petitioner should provide the Court with the decision by the Board of Immigration Appeals that reversed the decision of the Immigration Judge, together with any relevant briefs before the Board of Immigration Appeals. The petitioner is also directed to submit a memorandum of law of no more than 10 pages explaining how the decision by the Board of Immigration Appeals should affect the current petition by **June 19, 2023**. The government may respond by **July 3, 2023** with a memorandum of no more than 10 pages. The petitioner may reply by **July 10, 2023** with a memorandum of no more than 5 pages.

SO ORDERED.

Dated:    New York, New York
            June 5, 2023

                                            John G. Koeltl
                                    United States District Judge