UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN DARIO PEREZ MELO,

                Petitioner,

    - against -

CARL DUBOIS, ET AL.,

                Respondents.

22-cv-9912 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The petitioner has provided the Court with the decision by the Board of Immigration Appeals that reversed the decision of the Immigration Judge and the relevant briefs. The petitioner has also submitted an accompanying memorandum of law explaining how the decision by the Board of Immigration Appeals affects the current petition. The time for the government to respond is amended to **June 28, 2023**. The time for the petitioner to respond is amended to **July 5, 2023**.

SO ORDERED.
Dated:    New York, New York
           June 20, 2023

                                            John G. Koeltl
                                     United States District Judge